IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 cr 22

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | **SEALED** |
| | ) | **ORDER** |
| JOSE SALVADOR LANTIGUA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to an Unopposed Motion to Disclose Financial Affidavit (#17) filed by Mary Ellen Coleman, counsel for Defendant. In the motion, Defendant's counsel states that she has been advised the Defendant may be subject to potential federal charges in the Middle District of Florida, Jacksonville Division and the Defendant, who has been found indigent in this Court and qualified for court appointed counsel, requests permission for his previously filed Financial Affidavit (#3) to be forwarded to the Federal Defender for the Middle District of Florida, Jacksonville Division, in support of his request for court appointed counsel in the Middle District of Florida. The undersigned finds that good cause has been shown for the granting of the motion, however, the undersigned will order that the Financial Affidavit be sealed and only be allowed to be disclosed to the Federal Defender for the Middle District of Florida and the Court in the Middle District of Florida to assist them in reaching a decision as to whether

1

or not Defendant qualifies for court appointed counsel.   No other parties or persons be allowed to view the affidavit without appropriate court order.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Unopposed Motion to Disclose Financial Affidavit (#17) is hereby **ALLOWED.**   It is further directed that Mary Ellen Coleman, attorney for the Defendant, is permitted to unseal and transmit to the Federal Defender of the Middle District of Florida, Jacksonville Division, the Financial Affidavit (#3) presented in this matter.   It is further **ORDERED** that the Financial Affidavit shall be sealed and may be viewed only by the Federal Public Defender for the Middle District of Florida, Jacksonville Division and the Court. No other person be allowed to examine the Affidavit without prior order of that Court.

Signed: May 19, 2015

Dennis L. Howell
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Defendants.