IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
IN COURT
ASHEVILLE, N.C.

OCT 22 2015

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:15CR22 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| JOSE SALVADOR LANTIGUA | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the Factual Basis be sealed.

This the 22nd day of October, 2015.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE