# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:15-cr-00022-MR-DLH-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JOSE SALVADOR LANTIGUA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Withdraw Plea [Doc. 38].

For the reasons stated by the parties, and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Withdraw Plea [Doc. 38] is **GRANTED**, and the Defendant's previously entered plea of guilty to Counts 1 and 2 of the Bill of Indictment is hereby **WITHDRAWN** so that the Defendant may enter a plea of guilty as charged pursuant to Rule 20 of the Federal Rules of Criminal Procedure in the United States District Court for the Middle District of Florida.

**IT IS SO ORDERED.**   Signed: October 24, 2016

Martin Reidinger
United States District Judge